| | | DIVIDEND REPORT | | Page No: | 1 |
|---|---|---|---|---|---|
| Case No: | 12-02411-LT7 | UNCLAIMED FUNDS | Date Printed: | | 3/23/2015 |
| Case Name: | AUBREY INC. | | Check Number: | | 5045 |
| Trustee Name: | Leslie T. Gladstone | | Check Date: | | 03/22/2015 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 23 | GEORGE ABI-CHAHINE<br>P.O. Box 14126<br>Jeddah 21424<br>Saudi, Arabia | $377,304.11 | $9,167.68 |

Total Check Amount: $9,167.68

FILED
ENTERED
LODGED
✓ RECEIVED

MAR 30 2015

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY